# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 15-5048                                          September Term, 2015

1:14-cv-01832-JEB

Filed On: September 11, 2015

Freedom Watch, Inc.,

    Appellant

    v.

United States Department of State and United
States Department of the Treasury,

    Appellees

    **BEFORE:**    Rogers, Griffith, and Srinivasan, Circuit Judges

## O R D E R

Upon consideration of the motion for discovery and order to show cause why defendant U.S. Department of State and former Secretary of State Hillary Clinton should not be held in contempt and request for emergency status conference and to remand case, and the opposition thereto; and the motion to govern future proceedings and the opposition thereto, it is

**ORDERED** that the case be remanded for the district court to manage record development and oversee the search of the former Secretary's emails for records responsive to Freedom Watch's FOIA request. See Freedom Watch, Inc. v. Nat'l Sec. Agency, 783 F.3d 1340 (D.C. Cir. 2015). It is

**FURTHER ORDERED** that the motion for discovery and other relief be denied without prejudice to Freedom Watch seeking the same relief from the district court on remand.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

           **By:**    /s/
                     Robert J. Cavello
                     Deputy Clerk